## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

CR. NO: 3:CR-07-

V.

( _____, J.)

**JOSEPH CAPECE**

## INFORMATION

### COUNT I

## THE UNITED STATES OF AMERICA CHARGES THAT:

1. At all times material and pertinent to this Information, the Electrical Workers (IBEW) Local 163 was a labor organization affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code. The defendant was employed by this labor organization as a Business Manager-Financial Secretary.

2. Beginning on or about dates unknown to the Grand Jury and continuing up thorough on or about February 2007, in Luzerne County and within the Middle District of Pennsylvania, the defendant, **JOSEPH CAPECE,** did knowingly and willfully embezzle, steal, abstract and convert to his use moneys, funds, securities, property and other assets of the Electrical Workers (IBEW) Local 163, a labor organization affecting commerce within the meaning of Sections 402(I) and 402(j) of Title 29, United States Code.

All in violation of Title 29, United States Code, Section 501(c).

*Thomas A. Marino* BY uCC

**THOMAS A. MARINO**
**UNITED STATES ATTORNEY**

9 . 4 . 07

**DATE**